# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

MICHAEL A. MEYERS; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-3988

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MICHAEL A. MEYERS the above process on the 19 day of September, 2016, at 10:30 o'clock, AM, at 5035 PINEVIEW DRIVE MOHNTON, PA 19540, County of Berks, Commonwealth of Pennsylvania:

**Manner of Service:**

☒ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: ANDREW MEYERS
Relationship/Title/Position: SON
Remarks: _____
Description: Approximate Age 36-40  Height 5'5  Weight 200  Race WHITE  Sex MALE  Hair BLONDE
Military Status: ☒ No  ☐ Yes  Branch: _____

Commonwealth/State of __PA__ )
) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally, appeared __Jeffrey Clohessy__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158037
Case ID #: 4697308

Subscribed and sworn to before me
this __21__ day of __SEPT__, 20__16__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017