UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>MICHAEL A. MEYERS<br><br>Defendant | CIVIL ACTION NO.<br>16-03988 |

**REQUEST FOR ABSTRACT OF JUDGMENT**

Please certify the Abstract of Judgment attached hereto as Exhibit "A" and incorporated herein pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3201.

KML Law Group, P.C.

By: /s/ Thomas I. Puleo
Thomas I. Puleo, Esquire
Pennsylvania Attorney I.D. No. 27615
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6309
Original signature not required/electronic filing

# ABSTRACT OF JUDGMENT

### NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20-year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and addresses of parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| MICHAEL A. MEYERS<br><br>5035 Pineview Drive<br>Mohnton, PA 19540 | UNITED STATES OF AMERICA |

| Amount of Judgment | Names of Creditors' Attorneys | When docketed |
|---|---|---|
| $11,799.50 plus post-judgment interest and costs | Thomas I. Puleo<br>KML Law Group, P.C.<br>BNY Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | November 15, 2016<br>Civil Action No. 16-03988 |

**UNITED STATES OF AMERICA,   CLERK'S OFFICE**          **U.S. DISTRICT COURT FOR THE**
                                                         **EASTERN DISTRICT OF PENNSYLVANIA**
                                                         **SS.**

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Date_____

MICHAEL E. KUNZ

By: _____